**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 24, 2008

**MEMO ENDORSED**

**BY HAND**

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    **Preston Young v. United States**,
            07 Civ. 10441 (SCR)(GAY)

RECEIVED JUL 2 5 2008 USDC-WP-SDNY

Dear Judge Yanthis:

      The Government respectfully requests an extension of time until October 1, 2008 to respond to petitioner's motion to vacate his sentence. Since this Court issued its original scheduling order, the Government has: (1) obtained the files concerning Young's criminal case; and (2) contacted and forwarded a copy of Young's petition to Chad Siegel, Esq. – the attorney who represented Young in his criminal case.

      I have just learned from Mr. Siegel that he will be able to provide me with an affidavit responding to Young's claims in the near future. Once the Government obtains Mr. Siegel's affidavit, it will then be in position to respond to the numerous allegations raised by Young in his petition. As a result, the Government respectfully requests a two month extension of time – from August 1, 2008 to October 1, 2008 – to file its response to Young's petition.

*Application granted.
Government response by 10/1/08.
Petitioner Young may reply by 10/31/08.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ John P. Collins, Jr.
John P. Collins, Jr.
Assistant United States Attorney
Telephone: (914) 993-1919

**SO ORDERED:**
/s/ George A. Yanthis
Hon. George A. Yanthis
United States Magistrate Judge.

7/28/08

(Young, pro se by U.S. Mail)